# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BRIAN BRADSHAW and
DONNA BRADSHAW,

    Plaintiffs,

v.                          Case No: 8:12-cv-1185-T-30EAJ

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____

## ORDER

    The Court has been advised by Plaintiffs' counsel Larry Bache, Jr. that the above-styled action has been amicably resolved. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2013.

<em>/s/ James S. Moody, Jr.</em><br>
JAMES S. MOODY, JR.<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record