UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN BRADSHAW and
DONNA BRADSHAW,

    Plaintiffs,

v.                                              Case No: 8:12-cv-1185-T-30EAJ

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____

ORDER

The Court has been advised by Plaintiffs' counsel Larry Bache, Jr. that the above-styled action has been amicably resolved. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of October, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record